[No. 57752-2-I.   Division One.   September 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. B.C., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-8-00349-7, Martha V. Gross, J. Pro Tem., entered February 7, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57837-5-I.   Division One.   September 17, 2007.]

ROSEMARY RICHEY, *Respondent*, v. HAROLD PITTS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-2-00436-1, Michael E. Rickert, J., entered February 10, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57902-9-I.   Division One.   September 17, 2007.]

DEBORAH ANN HANSON, *Appellant*, v. JONATHAN CHINN ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 03-2-20134-1, Palmer Robinson and Michael S. Spearman, JJ., entered December 27, 2005 and February 6, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, A.C.J., and Baker, J.

[No. 58158-9-I.   Division One.   September 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DARRELL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-10175-6, Richard A. Jones, J., entered April 10, 2006. *Affirmed* by unpublished per curiam opinion.